**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24258-CIV-ALTONAGA/Reid**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**APPROXIMATELY $6,396,531.56 IN U.S. CURRENCY SEIZED FROM ACCOUNT NO. 898156399068 AT BANK OF AMERICA, N.A. IN THE NAME OF CRC MANAGEMENT, CORP.**, *et al.*,

Defendants *In Rem*.
_________________________________/

**ORDER**

**THIS CAUSE** came before the Court on Plaintiff, United States of America's Status Report and Motion to Stay ("Mot.") [ECF No. 14], filed on September 10, 2026. Plaintiff seeks a 60-day stay of the Court's deadline to file status reports regarding Plaintiff's direct notice obligations under Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (*See generally* Mot.).

Being fully advised, it is

**ORDERED** as follows:

1. Plaintiff, United States of America's Status Report and Motion to Stay **[ECF No. 14]** is **GRANTED in part**.

2. Plaintiff has until **October 5, 2026**, to make a renewed direct notice attempt by one or more reasonably available alternative means calculated to reach the potential claimant and file a

notice of compliance that it has done so[1]; or, alternatively, file a status report on efforts to satisfy its direct notice obligations under Supplemental Rule G(4)(b).

**DONE AND ORDERED** in Miami, Florida, this 11th day of September, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record

[1] Alternative methods of direct notice may be available, such as electronic mail. *See* Fed. R. Civ. P. Supp. R. G(4)(b)(iv) (recognizing electronic mail as a means of sending direct notice); *United States v. All Funds in Any Form, Including USDT or Any Other Cryptocurrency or Fiat Previously Stored in or Accessible Via Binance Acct. Bearing User ID #68407402*, No. 23-cv-00710, 2025 WL 4716331, at *2 (M.D. Fla. May 28, 2025) (finding emailed notice proper under Rule G(4)(b)(iv) while reiterating that actual receipt is not required); *United States v. Twenty-Four Cryptocurrency Accounts*, No. 19-cv-3098, 2020 WL 4049914, at *3 (D.D.C. July 20, 2020) ("[E]mail was an appropriate form of notice under these circumstances because the case involves international defendants whose locations are hard to pin down and the nature of the crimes necessarily entails some degree of cyber-proficiency on the part of the Defendant Properties' owners." (alteration added; citations omitted)).